IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-00473-ZLW-BNB

DENVER JUSTICE AND PEACE COMMITTEE, INC., and
LUIS ESPINOSA-ORGANISTA,

      Plaintiffs,

v.

JEFF D. KREUTZER, a detective with the Golden Police Department, in his individual capacity;
ANTHONY ORTIZ, an officer with the Denver Police Department, in his individual capacity,

      Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: October   5  , 2005

      It is ORDERED that the Joint Motion To Vacate Hearing On Summary Judgment Motion is granted, and the hearing set for October 6, 2005, at 2:00 p.m. is vacated.  It is

      FURTHER ORDERED that Plaintiff Espinoza and Defendant Ortiz shall file a stipulation of dismissal on or before October 26, 2005, or the summary judgment motion will be re-set for hearing.