IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-0473-ZLW-BNB

DENVER JUSTICE AND PEACE COMMITTEE, INC.
and
LUIS ESPINOSA-ORGANISTA,

      Plaintiffs,

v.

JEFF D. KREUTZER, a detective with the Golden
Police Department, in his individual capacity,
and ANTHONY ORTIZ, an officer with the Denver
Police Department, in his individual capacity,

      Defendants.

_____

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT
_____

      The matter before the Court is the Joint Motion For Dismissal Of Claim.  It is

ORDERED that the Joint Motion For Dismissal Of Claim is granted.  It is

FURTHER ORDERED that the Fifth Amended Complaint and cause of action

are dismissed as to Defendant Jeff D. Kreutzer, the parties to pay their own costs and

attorneys' fees.  It is

FURTHER ORDERED that the case caption shall be amended to reflect the dismissal of Defendant Kreutzer and to reflect that Denver Justice and Peace Committee, Inc. is no longer a Plaintiff in this action.

DATED at Denver, Colorado, this  29  day of November, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court